IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE ROBINSON, Institutional ID Nos. 2475764, 781982, 1860001 | § § § § | |
| Plaintiff, | § § | Civil Action No. 1:22-CV-00154-BU |
| v. | § § | |
| BUCK BUCHANNAN, *et al.*, | § § | |
| Defendants. | § § § | |

## **JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Michael Wayne Robinson's Complaint, and all claims alleged therein, are DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) as frivolous and for failure to state a claim on which relief may be granted.

ENTERED this 15th day of April 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1